ROBERT LAMANUZZI  (#213783)
Attorney at Law
2014 Tulare St., Suite 414
Fresno, CA 93721
Telephone: 559-441-0114
Fax: 559-441-0890

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *UNITED STATES OF AMERICA,* | CASE NO.:   6:06-mj-00075-WMW |
| *Plaintiff,* | **WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT** |
| vs. | |
| *Westly Cornelison* | Date:   06/27/06 |
| | Time:   10:00 a.m. |
| *Defendant.* | Court:  Hon. William M. Wunderlich |

Defendant, WESTLY CORNELISON, hereby waives his right to be present in person in open court, on JUNE 27, 2006, upon the hearing of any proceeding in this cause, including but not limited to , arraignment, status conferences, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

Defendant hereby requests the Court to proceed during his absence and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if he were personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  This waiver is being made because Defendant, WESTLY CORNELISON , has been charged by indictment or misdemeanor information.

Defendant acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without the defendant being present.

 /s/ Westly Cornelison
WESTLY CORNELISON, Defendant

_____
Address

_____
City/State/Zip Code

Dated: June 27, 2006               Respectfully submitted,

                                   LAW OFFICE OF ROBERT LAMANUZZI


                                   By:  /s/ Robert Lamanuzzi
                                        ROBERT LAMANUZZI
                                        Attorney for Defendant
                                        WESTLY CORNELISON


* * * * * * *

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived on June 27, 2006.

IT IS SO ORDERED.

**Dated:   June 27, 2006**               /s/ William M. Wunderlich
mmkd34                                    UNITED STATES MAGISTRATE JUDGE